UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RAYMOND RUSSELL, JR.,
:
:
                      Plaintiff,
:
:        18-cv-8543 (VSB)
        -against-
:
:        **ORDER**
THE STATE OF NEW YORK, et al.,
:
:
                      Defendants.
:
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021

        Before the Court is Plaintiff's letter motion dated March 15, 2021, (Doc. 61), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting him to:

1. File under seal Exhibit G to the Declaration of Andrew Rozynski; and

2. Publicly file redacted versions of Plaintiff's Motion for Partial Summary Judgment, Plaintiff's Statement of Material Facts, and Exhibits B, C, and E to the Declaration of Andrew Rozynski.

        Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiff's motion. Accordingly, it is hereby:

        ORDERED that Plaintiff may file copies of the foregoing papers entirely under seal and publicly file redacted copies as indicated in the highlighted set accompanying his letter motion. SO ORDERED.

Dated:  March 17, 2021
          New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge

1