```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
RAYMOND RUSSELL, JR.,                                   :
                                                        :
                          Plaintiff,                    :
                                                        :            18-cv-8543 (VSB)
        -against-                                       :
                                                        :              **ORDER**
THE STATE OF NEW YORK, et al.,                          :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------- X

Before the Court is Defendant's letter motion dated March 15, 2021, (Doc. 55), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting it to:

1. File under seal Exhibit G to the Declaration of Jessica Acosta-Pettyjohn; and

2. Publicly file a redacted version of Exhibit D to the Declaration of Jessica Acosta-Pettyjohn

Upon consideration of the motion and for good cause shown, the Court GRANTS Defendant's motion. Accordingly, it is hereby:

ORDERED that Defendant may file copies of the foregoing papers entirely under seal and publicly file redacted copies as indicated in the highlighted set accompanying its letter motion.

SO ORDERED.

Dated:  March 17, 2021
        New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge

1