```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
RAYMOND RUSSELL, JR.,                         :
:
                Plaintiff,       :
:      18-cv-8543 (VSB)
     -against-                         :
:      **ORDER**
THE STATE OF NEW YORK, et al.,                :
:
                Defendants.      :
:
---------------------------------------------------------X

      Before the Court is Plaintiff's letter motion dated April 15, 2021, (Doc. 72), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting him to file redacted copies of (1) Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment and (2) Plaintiff's Response to Defendant's Local Civil Rule 56.1 Statement of Undisputed Facts and Plaintiff's Statement of Additional Facts. Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiff's motion. Accordingly, it is hereby:

      ORDERED that Plaintiff may publicly file redacted copies as indicated in the highlighted set accompanying his letter motion.

SO ORDERED.

Dated: April 19, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

1