```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RAYMOND RUSSELL, JR.,                                      :
                                                           :
                              Plaintiff,                   :
                                                           :              18-cv-8543 (VSB)
               -against-                                   :
                                                           :                  **ORDER**
THE STATE OF NEW YORK, et al.,                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021

Before the Court is Defendant's letter motion dated April 15, 2021, (Doc. 68), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting it to file under seal, or to redact, certain content in Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment, Defendant's Response to Plaintiff's Rule 56.1 Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment, and the Declaration of Jessica Acosta-Pettyjohn. These redactions relate to chronological notes that were designated as "Attorney Eyes Only," and contain private information. Upon consideration of the motion and for good cause shown, the Court GRANTS Defendant's motion. Accordingly, it is hereby:

ORDERED that Defendant may file copies of the foregoing papers entirely under seal and publicly file redacted copies as indicated in the highlighted set accompanying its letter motion.

SO ORDERED.

Dated: April 19, 2021
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge