UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond Russell, Jr.,

                            Plaintiff,

-against-

The State of New York Department of Correction & Community Supervision,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2022

1:18-cv-08543 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Whereas the parties have consented to proceed before the undersigned for all purposes (*see* ECF No. 93), it is hereby Ordered that the settlement conference scheduled for February 28, 2022 is canceled. No later than February 16, 2022, the parties shall file a joint letter indicating whether they would like to be referred to the Court's mediation program or would like to participate in a settlement conference before another Magistrate Judge.

SO ORDERED.

Dated:     New York, New York
             February 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge