```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond Russell, Jr.,

                      Plaintiff,

-against-

The State of New York Department of Correction & Community Supervision,

                      Defendant.

1:18-cv-08543 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than April 21, 2022, the parties shall file a joint letter setting forth any dates on which the parties or their witnesses are NOT available for trial between July 1, 2022 and September 30, 2022.

**SO ORDERED.**

Dated:    New York, New York
            April 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge