USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND RUSSELL, JR.,

        *Plaintiff*,

v.

STATE OF NEW YORK, *et al.*,

        *Defendant*.

Case No. 18-CV-8543 (SDA)

**JUDGMENT**

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May, 18, 2022 and the Defendant NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION having offered to allow judgment in this action to be taken against them, and in favor of Plaintiff RAYMOND RUSSELL, JR, in the total sum of $50,000, which is inclusive of attorneys' fees and costs; it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff RAYMOND RUSSELL, JR and against Defendant NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, in the total sum of $50,000, which is inclusive of attorneys' fees and costs.

Dated:   May 19, 2022

SO ORDERED:

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE